## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ,                                   Case No.: 1:24-cv-21288-KMW

      Plaintiff,

v.

301 PALM PLAZA, LLC.,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff JESUS GONZALEZ and Defendant 301 PALM PLAZA, LLC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of all of Plaintiff's claims in the action *with prejudice*.  The Parties shall bear their own attorneys' fees and costs unless as otherwise agreed in the parties' Confidential Settlement Agreement.   All Parties consent to the form and content of this Joint Stipulation.

      Dated this __28th___ day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Alberto R. Leal*_____ | */s/ Ricahrd Wolfe*_____ |
| Alberto R. Leal, Esq., P.A. | Richard Wolfe, Esq. |
| FBN: 1002345 | FBN:355607 |
| 8927 Hypoluxo Rd. #157 | 175 SW 7th St Ste 2410 |
| Lake Worth, Florida 33467 | Miami, FL 33130-2966 |
| Phone: 954-637-1868 | Office: 305-384-7370 |
| Email: albertolealesq@gmail.com | Email: rwole@wolfelawmiami.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Alberto R. Leal
Alberto R. Leal, Esq.